On respondent's petition for reconsideration filed May 25, motion for relief from default granted; reconsideration allowed; former disposition (204 Or App 113, 129 P3d 208, *rev den*, 340 Or 484) withdrawn; affirmed August 9, 2006

## STATE OF OREGON,
*Respondent,*

*v.*

## MICHAEL BENJAMIN SMITH,
*Appellant.*

03C-42765; A122446

140 P3d 1196

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Before Edmonds, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).